UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **DELORIS K. COMPTON,** | : | **VIOLATION: 18 U.S.C. § 2314** |
| | : | (Interstate Transportation of Stolen or |
| **Defendant.** | : | Fraudulently Obtained Property) |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

At times material to this Information:

1. DELORIS K. COMPTON ("COMPTON"), a resident of Virginia, was employed as a Senior Accountant at the Washington, D.C. headquarters of the Paralyzed Veterans of America ("PVA"). COMPTON worked at PVA's offices located at 801 18th Street, NW, in the District of Columbia.

2. PVA is a non-profit chartered by Congress to help veterans of the armed forces who have experienced spinal cord injury or dysfunction. PVA uses its expertise to meet the special needs of its members through efforts aimed at improving members' receipt of health care and other benefits, by supporting research regarding spinal cord injury, and by working to maximize the independence of its members by protecting members' civil rights.

3. PVA draws checks on an account it holds with Bank of America ("BOA"). BOA is a financial institution insured by the Federal Deposit Insurance Corporation. BOA has a branch in Alexandria, Virginia, on Route One.

4. PVA uses computer-generated checks produced through a check-writing software program. The paper stock for the check is left blank, and the computer software fills in material information regarding the check number and bank information, the payee's name and address, and the date and amount of the check.

5. It was COMPTON's scheme to use her expertise and her position of trust as a Senior Accountant at PVA to write checks to herself through the check-writing software program on specific numbered checks that she made to appear voided, and to deposit those checks into her bank account in Virginia.

6. Between October 2001 and October 2005, COMPTON knowingly executed a scheme to steal funds from PVA by writing approximately 29 checks to herself drawn on PVA's accounts with a total value of $182,858.97. COMPTON altered the computer records for those checks to give the false impression that the checks had been voided. COMPTON was not entitled to those funds, nor was she authorized by PVA to write those 29 checks to herself. COMPTON deposited those funds into her personal bank accounts, at a branch of BOA in Alexandria, Virginia.

Interstate Transportation of Stolen or Fraudulently Obtained Property

7. On or about October 18, 2005, COMPTON used PVA's computer check-writing program at its offices in Washington, D.C. to write Check No. 51079 on PVA's bank account at BOA. The payee listed on the check is Deloris Compton, the check recites defendant's home address in Virginia, and the check was written in the amount of $6,397.45. COMPTON altered PVA computer records to suggest, falsely, that Check No. 51079 had been voided, when, in fact, it was written to her. On the back of the check, COMPTON signed her name and wrote "FOR

DEPOSIT ONLY" and her bank account number. On or about October 25, 2005, COMPTON transported, transmitted, and transferred in interstate commerce, from the District of Columbia to the State of Virginia, a security and money, viz., Check No. 51079, and deposited it into her bank account at the Alexandria, Virginia branch of BOA, knowing that check to have been stolen, converted, and taken by fraud.

**(Interstate Transportation of Stolen or Fraudulently Obtained Property, in violation of Title 18 United States Code § 2314).**

    KENNETH L. WAINSTEIN
United States Attorney for the
District of Columbia

By: _____
TIMOTHY G. LYNCH
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-4862