UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-146
)
)
DELORIS K. COMPTON )

WAIVER OF INDICTMENT

I, **DELORIS K. COMPTON**, the above-name defendant, who is accused of

Interstate Transportation of Stolen or Fraudulently Obtained Property
18 USC 2314

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **June 30, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates