CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.   06-146 |
| | ) | |
| DELORIS K. COMPTON | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_Deloris K. Compton_
Defendant

_Rita Bosworth_
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Judge John D. Bates

Date: _June 30, 2006_