HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 07 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-146 |
|---|---|---|
| vs. | : | |
| COMPTON, Deloris K. | : | Disclosure Date: August 1, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  _____
**Prosecuting Attorney**                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Deloris Compton_  8-7-06    _Rita Bosworth_  8/7/06
**Defendant**           **Date**      **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 15, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

OBJECTIONS:

PAGE 4, ¶ 11: Ms. Compton objects to this entire paragraph. Nowhere in the plea agreement or the statement of the offense is this stated. Furthermore, it is not part of the offense conduct. It is irrelevant and should be excluded.

PAGE 5, ¶ 20: Ms. Compton objects to the addition of 2 points under USSG § 3B1.3. She was not in a position of trust at her ~~employment~~ office and this enhancement therefore should not apply. It was also not in the plea agreement. Ms. Compton will fully brief this objection in her sentencing memo.

PAGE 6, ¶ 30: Sandy Chambers is age 57, not 56. Patricia's last name is "COMPTON," not "CAMPTON."

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 8/8/06