HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**OCT 17 2006**

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

Deloris K. Compton                    Docket No.: CR 06-146-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Deloris K. Compton__ having been sentenced, on September 7, 2006, in the above case to the custody of the Bureau of Prisons, surrender ~~himself~~ *her*self to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __November 2, 2006__.

__Oct. 13, 2006__
Date

__[signature]__
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

__[signature]__                              __x Deloris K. Compton__
**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004