FILED

APR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3-8-07

Your Honorable Judge John Bates,

I am once again writing to you, again wondering the purpose of being in prison. We sit here, mindless and numb simply waiting for another day to come to an end. Each day the exact same as the day before, each one having no meaning or ending definable goal. I am now sitting here dealing with the thought and knowledge of my mother's illness. I know now that she doesn't have much longer to live, and here I sit, unable to visit her or to see her for the last time. Is this the kind of punishment that the courts want to dole out.

I understand that the only way I can leave here to be with my family during this time, is when my mother actually passes away, and then I will be escorted by a guard from Alderson to the funeral, not the viewing and funeral, but only one. But the kicker here is that a guard has to accompany me at my expense. The way that works i'm told, is that whatever it is going to cost for myself and the guard for travel expenses, that money has to be deposited into my Alderson trust fund account prior to me leaving here.

It seems inhumane to treat anyone this way when there is a family emergency.

It wasn't bad enough that I have inflicted this upon my family, but now at a time in which I'm needed, again i am once again inflicting pain upon them.

As you can see from my words that I am quite upset at how this system works, or should I say on how the system doesn't work. To be somewhere that you are unable to leave when one has family issues that need to be addressed is unfathomable, at the very least. To know there are no avenues one can go down within this facility to help.

I have been told that my mother simply has days at this point, so once again I beg the court and your honor to reduce my sentence, so that somehow some way I can spend a day or so of what may be her last days.

Again i beg for some mercy & leniency from the court. I again am so extremely sorry for what I have done and wish that I could change all of this, and once again become a functioning citizen in society.

I feel truly helpless knowing that I am sitting in this place day in day out serving no purpose, contributing nothing, and now can't even be there when my family

③

is experiencing my mother's illness. Is my repayment to society this, the mindless hours? If one has committed a crime, one what puts you in prison isn't there a need for some kind of rehab? Or is rehab only for those dealing with a drug problem, which is the case within these walls.

The hours of sitting are long and arduous, and now with getting this news the hours and minutes are even longer and that much more hard.

So, as stated or asked above, I beg the courts and your honor for mercy in my case. Believe me, I understand that there are many in prison with needs and I realize that I am no more special than anyone else. But I hope the court will take a moment to consider this matter.

Thank You in Advance,

Delores L. Compton
Case # 06-146
BOP # 28782-016
Federal Prison Camp
A 3
Box a
Alderson WV  24910

FILED

APR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honorable Judge John Bates    3-1-07

I am once again writing to you begging the court to lessen my sentence of 16 months. I sit here wondering the reason for being in this place. Yes, I understand punishment for the crime committed, but what a waste of what could be useful time in repaying the debt and making a useful contribution in this world. As I sit here on a daily basis thinking of the good that could be done within the communities that we live, instead of sitting here contributing nothing to anyone, but rather a burden to taxpayers. Believe me I do understand the severity of my crime, I have definitely punished myself enough over the years for it. So therefore, i simply don't understand sitting in this fictional world of Alderson where there is no reality. The reality here is working for $5.25 per month, 90% of the population being on anti-depressants/anti-psychotics, living in this community where women look like men, 40% of the population is gay another 30% are just for their stay, as they say in this place "Gay for the stay, straight at the gate", the reality of something as stupid as not having plastic knives to use because



the warden took them away because women were using them to break into the cottages, that are now closed, for "bulldagging" purposes. In this community one is treated as a 12 year old and not as an adult with a brain. So therefore for those convicted of white collar crime, first time offense, anything other than home confinement and restitution truly doesn't make sense. The prison population is growing by leaps & bounds with those convicted of drug crimes and many repeat offenders, so therefore the space in womens facilities has become very limited. Home confinement, many hours of community service seems to be a better answer to or for us. I do truly wish that my attorney had told me to pay as much as I could towards my restitution prior to coming to court instead of taking money from my 401K to take care of other debts and responsibilities that I had. My intent was never to deceive or mislead the court, which I do have the upmost respect for.

In closing, again I beg of the court to reduce my sentence to making the last few months a sentence of home confinement and not spent wasted within the walls of Alderson FPC.

(3)

I again beg for mercy from the court and your honor.

Thank You.

Delois Compton
Case # 06-146
28782-016
Federal Prison Camp
P.O. Box A
Alderson, WV   24910

**FILED**

APR 0 9 2007                1-28-07

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honorable Judge Bates -

I am again writing to you desperately waiting to ask for a reduction in the sentence that was imposed in your Courtroom. I have now been in Alderson FPC for 3 months, which truly has been a living hell. I have had plenty of time to reflect on my life and what it was that i had done to get myself here. I have never been so utterly ~~and~~ totally sorry for what i have done. ~~but as i am~~ The year prior to coming here was also a time filled with extreme remorse over my actions. I so desperately want to make things right in my life and make it up somehow to those i have betrayed and hurt. I believe that we all do things in life that are hurtful and wrong. But i believe that everyone deserves a second chance, a chance to be forgiven. There are so many things that i want to say to you, to show you and the court how truly sorry i am and that i want, i need to start my life again, correcting the prior behavior. This prison is truly a living nightmare that no one should have to endure. I beg of the court to lessin my sentence and allow me to truly begin my life again. My life truly is in your hands. I do want to thank you for taking the

②

time to read my letter. There really is a sense of desperation that one feels in prison. It's the longing to be with your family, those that love you, no matter what. To be surrounded by familiar faces, familiar sights, to be home. I never realized how much it could hurt to be away from my grown children. I have been the only parent that they have known for the last 13 years, the one constant in their lives. And yes they are grown now, but the need to have each other in our lives daily is so very important. I do understand my punishment, but not actually being in prison. This is not a place where one can make right their wrongs. Each day is the same, the hours of sitting the hours of reading. I guess i just don't understand the reason behind wanting or allowing lives, otherwise good people that have made a mistake, to just be wasted daily. I again understand punishment, but shouldn't there be some positive gained from this experience. And within the federal system there are no positives. There aren't even enough staff here to guard over the amount of women that are in this facility. But i guess that would be a letter to write to BOP directly, so i apologize for that.

③

Again thank you for taking the time to read my ramblings. Just know that they come from a greatly remorseful person that desparitly wants to go home and start on making things right.

Sincerely,

Dulois K. Compton
28782-016
A3
Federal Prison Camp
P.O. Box a
Alderson, WV 24910

**FILED**

APR 0 9 2007        3-26-07

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I find myself again writing the court hopelessly begging for forgiveness and the lessening of my sentence. I sit here on a daily basis realizing how much I miss my life and the people in it. I also realize the pains that I have caused them through my actions. This is definitely not how I thought my life would turn out. I realized the severity of my crime prior to coming to Alderson, but it is drilled in more, although at this point, I'm not sure that I could be anymore sorry for what I have done.

I so desperately need to start my life over, to make things right, to lessen the load and burden unfairly placed on my daughter because of my wrongdoing. I do want to begin the process of finding employment and making my payments towards my restitution. Being in here, prison, life stops and this time becomes time lost, time that could have been so productive and in the end isn't that more beneficial. Again, I do understand crime and punishment, but feel that the sentence handed down was too harsh. I do understand that there are guidelines

(2)-Compton
4-1-07

the court follows. But I feel, that the sentence was so harsh, being what I am a first (and only) time offender. I understand what I have done wrong, and want to make it right. I would never excuse my behavior but there were some extenuating circumstances as to why I did what I did. I also believe that at this point home confinement is warranted more. I would never repeat what I have done, I knew from the first moment how wrong it was and wish I could change things. Being left a single mother of 2 is not an easy thing, we all want for our children and for our children not to hurt. I was simply trying to live and to make up for my children not having their father in their life. Again I am not trying to justify my actions because there is no excuse for it, just trying to get the court to understand that sometimes decisions in life are made out of need and not from good judgment. Again, not excusing but making the point that we are all human, "to err is human, to forgive divine". I have begged from the bottom of my heart for forgiveness from my family, from those that I worked with and from the court.

B. Compton
4-1-07

Since being in here, I have lost my mother, there is no more feeling of helplessness than that of losing a loved one while in prison. To know that you can't be there for your family because of your own stupid actions. Now is truly the time that my family needs me and I am unable to be there.

So I am therefore again begging the court to reduce my sentence or commute it to home confinement. I realize that my date for halfway house release is in November of this year, but in here one month feels like an entire year, so November seems like a lifetime away. Part of what is being away from those you love, but also because prison is so unnatural and so far removed from life outside in our communities that it can distort your view of reality. Prison is a place that is unspeakably sad a place where lives are wasted, much good could come from the endless hours of boredom.

I again thank you for taking the time to read my words, for giving me a few minutes of your day.

Reg# 28782-016   A3
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

Thank You

Delois Compton

February 18, 2007

The Honorable Judge John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, Northwest
Washington, DC 20001

**FILED**

APR 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Bates,

My name is Nicole Martin. I am the daughter of Deloris K. Compton, of which you were the judge presiding over her case, # 06-146. She pleaded guilty to one count of 18 USC 2314 – Interstate Transportation of Stolen or Fraudulently Obtained Property from October 2001-2005. I am writing to plead to you about possibly changing her sentencing. The sentencing was to serve 16 months in a Federal Prison. She has currently served almost 4 of those 16 months at Alderson Federal Prison Camp. My proposal is not for the sentencing term to become less because I do believe that it was fair. I do however hope that you would consider changing it to home confinement.

I have a few reasons for you to review as to why I desire such a change. First, I recently spoke with her and it sounds as though some of the inmates are having conflict. She was recently stared down by a fellow inmate for no apparent reason. I fear for her safety considering she is in confinement with inmates from all walks of life. She has told me that most of the inmates are in there for drug related charges, and not white collar crimes, like her. I recommend home confinement only because she lives with me. I would take responsibility for her and would allow such an action in my home.

Second, I have paid a pretty high price because of her actions. I am the only family that she has to support her while she is in prison. I am currently the only person that is sending her money for her commissary and to pay her restitution. She literally has no money left to her name to pay her outstanding debts (I think she might have some left in her 401K but I don't have access to that account). It's hard for me to try to understand why I should be punished for her crime. She needs to be able to get a job to be able to start paying back not only the money she took but also the other debt that she has accumulated over the years. Her being in prison feels like we are just prolonging the whole process.

Lastly, I was recently contacted by Jennifer Jackson from the insurance company for Paralyzed Veterans of America. They are looking into settling because they are also aware that she might have some money left in her 401K account (as I referenced above). I'm not sure how I can proceed to research and resolve as I don't have Power of Attorney. It would be a lot easier if she was on home confinement to be able to resolve this matter. I told her about this action and she is more than willing to give up whatever money she has left to pay directly towards her restitution. I think this is a good illustration that she is "owning up" to her actions. I point this out only because during sentencing the prosecution made a statement that she was not "owning up" to her actions and paying for her crime.

I would like to thank you in advance for taking the time to review my letter. Please write me back with whatever you conclude.

Please feel free to contact me with any questions.

Sincerely,

*Nicole E. Martin*

Nicole E. Martin

FILED

APR 0 9 2007   1-2-07

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Your Honorable Judge Bates,

My name is Deloris K. Compton and I appeared in your courtroom on September 7, 2006 for sentencing. I am now in Alderson FPC serving my term of 16 months that was imposed, a sentence that I do feel was a bit harsh for a first (and only) offense. I do believe that the circumstances of my past should have weighed somewhat on the sentencing phase. And yes, I do know and understand the severity of what I have done and that there is a punishment phase. Because of some of those things in my past, I have made some horrible decisions, that i wish i could change, but I realize that I can only look forward and make amends for the things that I have done. Please know that I am so deeply sorry for those decisions, I knew at the time that what I was doing was so very wrong, but felt at times as if I had no other alternative, no one that I could turn to for help. I waited desperately in your courtroom to convey that to you, but was unable to put the right words together, as you can imagine, it was an extremely emotional day for me and my children. And this time away from them has been one of the most difficult things that we have had to endure.

I have been told by the people hear in Alderson, that I should write to you humbling asking the court for a reduction in my

my sentence. If my sentence could be changed somehow to reduce the prison time and have the remaining months as home confinement. I know that your thinking is that I deserve this prison time, but this place I would never wish upon anyone. I understand the punishment, not the amount of time, but this place treats one as if they are no longer a human. What happened to giving someone a second chance, or are the courts just unsympathetic to all.

I am begging the courts to give me that second chance, the chance to leave here and begin working so that I can truly begin making the payments towards my restitution as soon as possible. I have a loving family that is awaiting my arrival. Please understand that i am not in anyway trying to excuse my actions or what I have done, but simply trying to correct what I have done wrong. My eyes have truly been opened being here in Alderson, it is a whole other world in this place, one that i wished I never had to experience.

So again I am begging you, Your Honor, for a reduction in my 16 month sentence, a reduction that doesn't include a stay at a halfway house, which what has me scared to death. Knowing that I will be in a halfway house in D.C., with drug addicts in the worst neighborhoods is not anything that

I am familiar with at all.

I thank you for taking the time to read this letter and give it your consideration.

Thank You

Deloris Compton
28782-016
Federal Prison Camp
P.O. Box A
Alderson, WV  24910